

|  | 2600 Eagan Woods Dr, Suite 400  St. Paul, MN 55121  651-406-9665 | 151 West 46th Street, 4th Floor  New York, NY 10036  212-267-7342 |
|---|---|---|

Defendant: **Lyft, Inc.**
Bankruptcy Case: **CR Holding Liquidating, Inc.**
Preference Period: **Nov 5, 2018 - Feb 3, 2019**

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Check Number | Check Amt | Clear Date | Invoice Number | Invoice Date | Invoice Amt |
|---|---|---|---|---|---|---|---|
| Charlotte Russe, Inc. and Charlotte Russe Administration, Inc. | Charlotte Russe Administration, Inc. | 470581 | $3,155.48 | 2/1/2019 | 25799 | 12/31/2018 | $3,155.48 |
| Charlotte Russe, Inc. and Charlotte Russe Administration, Inc. | Charlotte Russe Administration, Inc. | 470244 | $3,854.73 | 1/16/2019 | 24068 | 11/30/2018 | $3,854.73 |
| Charlotte Russe, Inc. and Charlotte Russe Administration, Inc. | Charlotte Russe Administration, Inc. | 469486 | $4,358.48 | 12/14/2018 | 22577 | 10/31/2018 | $4,358.48 |
| Charlotte Russe, Inc. and Charlotte Russe Administration, Inc. | Charlotte Russe Administration, Inc. | 468593 | $3,342.88 | 11/28/2018 | 20905 | 9/30/2018 | $3,342.88 |

Totals: 4 transfer(s), $14,711.57